UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ERINA MURCIA,

          Plaintiff(s),

-against-

BASS & ASSOCIATES, P.C.; and JOHN DOES 1-25,

          Defendant(s).

Case No.: 2:13-cv-01922 DMC-JAD

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

CLOSED

**PLEASE TAKE NOTICE** that the Plaintiff through his attorney, Joseph K. Jones, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby withdraw his action with prejudice against BASS & ASSOCIATES, P.C.; and JOHN DOES 1-25.

Dated: September 19, 2013
       Fairfield, New Jersey

          Respectfully submitted,

          */s/ Joseph K. Jones*
          Joseph K. Jones, Esq.
          LAW OFFICES OF JOSEPH K. JONES, LLC
          375 Passaic Avenue, Suite 100
          Fairfield, New Jersey 07004
          973-227-5900 telephone
          973-244-0019 facsimile

          Attorneys for Plaintiff

9/23/13

SO ORDERED: _____
DENNIS M. CAVANAUGH, U.S.D.J.